[redacted]

# UNITED STATES DISTRICT COURT

for the

## District of Minnesota

United States of America,

*Plaintiff,*

v. Case No. 0:20−cr−00073−ECT(Dft 1)

Sean Anthony Ogle,

*Defendant.*

**ARREST WARRANT**

To: Any authorized law enforcement officer

***YOU ARE COMMANDED*** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sean Anthony Ogle ,

who is accused of an offense or violation based on the following document filed with the court: ( ) Order of Court
( ) Indictment ( ) Superseding Indictment ( ) Information ( ) Superseding Information ( ) Complaint
( ) Probation Violation Petition ( X ) Supervised Release Violation Petition ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

Date: September 18, 2026

Kate M. Fogarty, Clerk of Court

City and state: Minneapolis, MN

*Printed name and title*

***Return***

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________

at *(city and state)* ________________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

***This second page contains personal identifiers provided for law−enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.***

***(Not for Public Disclosure)***

Name of defendant/offender: Sean Anthony Ogle

Known aliases: ______________________________

Last known residence: ______________________________

Prior addresses to which defendant/offender may stll have ties: ______________________________

______________________________

Last known employment: ______________________________

Last known telephone numbers: ______________________________

Place of birth: ______________________________

Date of birth: ______________________________

Social Security number: ______________________________

Height: ____________________ Weight: ____________________

Sex: ____________________ Race: ____________________

Hair: ____________________ Eyes: ____________________

Scar, tattoos, other distinguishing marks: ______________________________

______________________________

______________________________

History of violence, weapons, drug use: ______________________________

______________________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________________

______________________________

FBI number: ______________________________

Complete description of auto: ______________________________

______________________________

Investigative agency and address: ______________________________

______________________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________

______________________________

______________________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________________

______________________________

______________________________