**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION

| | | |
|---|---|---|
| United States of America, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | BEFORE: ELIZABETH COWAN WRIGHT |
| v. | ) | U.S. MAGISTRATE JUDGE |
| Sean Anthony Ogle, | ) | Case No: 20-cr-73 (ECT) |
| Defendant. | ) | Date: September 25, 2026 |
| | ) | Courthouse: St. Paul |
| | ) | Courtroom: 3C |
| | ) | Time Commenced: 2:28 p.m. |
| | ) | Time Concluded: 2:40 p.m. |
| | ) | Time in Court: 12 minutes |

APPEARANCES:

Plaintiff: Nicholas Grey, Assistant U.S. Attorney
Defendant: Heather Rysgaard, Assistant Federal Defender
X FPD X To be appointed

Date Charges Filed: September 18, 2026

Offense: Failure to report to U.S. Probation and Pretrial Services for drug testing.

X Advised of Rights

on Violation of X Supervised Release

X Government moves for a detention hearing. X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday, September 30, 2026 at 2:30 p.m. before U.S. Magistrate Judge Elsa M. Bullard in Courtroom 9E (MPLS) for:
X Detention hrg X Preliminary Revocation

and

Next appearance date is Monday, October 19, 2026 at 1:00 p.m. before Chief District Judge Eric C. Tostrud in Courtroom 7D (STP) for:
X Final Revocation

Additional Information:
X Consular notice read on the record.

*s/ms*
Signature of Courtroom Deputy