**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: ELSA M. BULLARD |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 20-cr-73 (ECT) |
| | ) | Date: September 30, 2026 |
| Sean Anthony Ogle, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9E |
| Defendant. | ) | Time Commenced: 2:32 p.m. |
| | ) | Time Concluded: 2:40 p.m. |
| | ) | Time in Court: 8 minutes |

X **PRELIMINARY REVOCATION HEARING** X **DETENTION HEARING**

Time in Court Prelim/Detention: 4 minutes / 4 minutes

APPEARANCES:

Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
Defendant: Heather Rysgaard
X FPD

On Violation of X **Supervised Release**

X Defendant waives the right to the detention hearing.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant waives the right to the preliminary revocation hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

Next appearance date is Monday, October 19, 2026, at 9:30 a.m. before Chief District Judge Eric C. Tostrud in Courtroom 7D (STP) for:
X Final Revocation

s/coo
Signature of Courtroom Deputy