**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ORDER**

United States of America,

Plaintiff,

v.

Sean Anthony Ogle,

Defendant,

Docket No. 0864 0:20CR00073-001(ECT)

On the 19th day of October, 2026, Sean Anthony Ogle appeared before the Honorable, Eric C. Tostrud, Chief U.S. District Judge, for a final revocation hearing. The final revocation hearing is continued until further notice.

IT IS HEREBY ORDERED that Sean Anthony Ogle remain detained pending release to an inpatient treatment program. He will continue to be supervised under the same terms and conditions as previously imposed on supervised release.

**Directions to the United States Marshal**

☒ The United States Marshal is ORDERED to keep the defendant in custody until 1:00 p.m. on October 20, 2026, when he will be transported to an inpatient treatment facility.

Dated: October 19, 2026

s/ Eric C. Tostrud

Eric C. Tostrud
Chief U.S. District Judge